NATHAN COHEN, Respondent, *v.* JOHN SIMMONS, Appellant.

(Argued April 24, 1894; decided May 4, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 20, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Edward W. S. Johnston* for appellant.

*Otto Horwitz* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.